JOHN L. HAYES CONSTRUCTION COMPANY, INC., Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 17785.)

Argued December 6, 1938; decided January 3, 1939.

*I. J. Beaudrias* for appellant.

*John J. Bennett, Jr., Attorney-General (Gerald J. Carey, Leon M. Layden* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.